# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2016

*The Court of Appeals hereby passes the following order:*

**A17E0020.  TERNASENA L. STACKHOUSE v. ANDREW CHAPMAN.**

Upon consideration of the APPELLANT'S motion FOR SUPERSEDEAS in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  12/02/2016*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*